# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-02344-MMA |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE** |
| vs. | |
| BESSIE MARIE MCCLURE | [Doc. No. 94] |
| Defendant. | |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant Bessie Marie McClure's motion to continue her self-surrender date. Accordingly, the Court **ORDERS** that Defendant must surrender to the United States Marshal for this district or at the designated institution **by 12:00 noon on September 6, 2021**. All other pretrial conditions previously set remain in effect. The Court vacates the status hearing previously set for July 12, 2021 and **RESETS** the status hearing for **September 13, 2021 at 11:00 A.M.** in Courtroom 3D before Judge Michael M. Anello.

**IT IS SO ORDERED**.

DATE: June 28, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

18-cr-02344-MMA