UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18cr2344-MMA |
| Plaintiff, | ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE** |
| vs. | ) ) ) | |
| BESSIE MARIE MCCLURE | ) ) | [Doc. No. 96] |
| Defendant. | ) | |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant Bessie Marie McClure's unopposed motion to extend the current September 6, 2021 self-surrender date. Accordingly, the Court **ORDERS** that Defendant must surrender to the United States Marshal for this district or at the designated institution by 12:00 noon on **November 5, 2021**. All other pretrial conditions previously set remain in effect. The Court vacates the status hearing previously set for September 13, 2021 and **RESETS** the status hearing for **November 10, 2021 at 11:00 a.m**. in Courtroom 3D.

**IT IS SO ORDERED.**

DATE: August 25, 2021

_____
Hon. Michael M. Anello
United States District Court Judge